

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paula Beall,                              \* From the 132nd District Court
of Scurry County,
Trial Court No. 27496.

Vs. No. 11-23-00264-CV                 \* January 16, 2025

Garrett Birdwell,                       \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Garrett Birdwell.